**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

SANDY G. SAIZ,

Plaintiff,

v. No. 1:26-cv-02679-DHU-LF

SANDIA RIDGE/GENISIS/ST. JOHN HEALTHCARE AND REHABILITATION CENTER LLC,

Defendant.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

This case arises from the unfair, rude and unprofessional treatment *pro se* Plaintiff allegedly received during her employment and her wrongful termination. *See* Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 at 2-3, Doc. 1, filed August 14, 2026. Plaintiff attached to her Complaint her EEOC Charge of Discrimination which states Plaintiff believes she was discriminated against because of her disability pursuant to the Americans with Disabilities Act, her age pursuant to the Age Discrimination in Employment Act of 1967, and her national origin pursuant to Title VII of the Civil Rights Act of 1964. *See* Complaint at 7.

United States Magistrate Judge Laura Fashing notified Plaintiff:

(i) The Complaint fails to state claims upon which relief can be granted because there are no allegations in the Complaint showing that Plaintiff's termination and Defendants' treatment of Plaintiff prior to her termination were based on Plaintiff's disability, age or national origin.

(ii) The EEOC Charge of Discrimination that Plaintiff attached to her Complaint is not sufficient to state a claim because: (a) the EEOC Charge does not contain any facts

> supporting her belief that she has been discriminated against because of her disability, age and national origin; and (b) statements in an exhibit attached to a complaint are not allegations for stating a plausible claim.

*See* Order for Amended Complaint at 3-4, Doc. 5, filed August 17, 2026. Judge Fashing ordered Plaintiff to file an amended complaint and notified Plaintiff that failure to timely file an amended complaint may result in dismissal of this case. *See* Order for Amended Complaint at 4, 7. Plaintiff did not file an amended complaint or otherwise respond to Judge Fashing's Order by the September 8, 2026, deadline.

The Court dismisses this case without prejudice because Plaintiff has not complied with Judge Fashing's Order to file an amended complaint. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 Fed.Appx. 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**



**UNITED STATES DISTRICT JUDGE**